# PLACE & ARNOLD
ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, Paralegal
MICHELLE M. MAYER, Paralegal

September 5, 2011

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

   Re: Bonnie & John Sabins
     Chapter 7 Case No. 10-21108
     Request to Deposit Unclaimed Funds into the United States Treasury

To the Clerk of the Court:

  Enclosed please find a Trustee's check in the amount of $0.98. I hereby request that the Clerk of Court deposit said funds, in the name of the creditor(s) and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

  ____ I have made a diligent effort to locate the claimant(s) for said funds, but have been unsuccessful in locating the claimant(s). Specifically, I have mailed the checks three (3) times and each time it is returned as undeliverable, unable to forward.

  _X_ The funds represent dividend payment(s) of less than $5.00 to the named creditor(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register No. |
|---|---|---|
| Southern Tier Credit Center, Inc. | $0.98 | 2 |

          Very truly yours,

          Michael H. Arnold
          Chapter 7 Trustee

enc.
MHA/ss